UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO.: 17-cv-60575-BB

MARQUIS COLEMAN,
BRANDON WILLIAMS
and other similarly-situated individuals,

    Plaintiff (s),

v.

OAKLAND CAR SERVICE, INC.
ANNELLIE'S CAR WASH LLC,
JACOB SCHNEIDER
and RENE L. MORENO, individually,

    Defendants,
_____/

## NOTICE OF FILING SETTLEMENT AGREEMENTS

Plaintiffs, by and through the undersigned counsel, hereby files the attached the fully executed Settlement Agreements.

Dated: July 10, 2017

    Respectfully submitted,

    ZANDRO E. PALMA, P.A.
    Attorney for Plaintiff
    9100 S. Dadeland Blvd, Suite 1500,
    Miami, Florida, 33156
    Telephone: (305)446-1500
    Facsimile: (305)446-1502
    zep@thepalmalawgroup.com
    BY: _/s/ Zandro E. Palma__
    Zandro E. Palma Esq.
    Florida Bar No.: 0024031

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated:  July 10, 2017.

Respectfully submitted,

 /s/ **Zandro E. Palma**
ZANDRO E. PALMA, ESQ.
Florida Bar No.: 0024031


## SERVICE LIST
## CASE NO.: 17-cv-60575-BB

Jonathan S. Minick, Esq.
E-mail: jminick@jsmlawpa.com
Jonathan S. Minick, P.A.
1850 SW 8th Street, Suite 307
Miami, Florida 33135
Phone: (786) 441-8909
Facsimile: (786) 523-0610
*Counsel for Defendants*


Zandro E. Palma, Esq.
E-mail: zep@thepalmalawgroup.com
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33156
Tel: 305-446-1500
Fax: 305-446-1502
*Counsel  for Plaintiffs*